862

No. 130, Misc. WATTS *v.* DEPARTMENT OF AIR FORCE ET AL. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for respondents.

No. 132, Misc. BALLAY *v.* PATTERSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 133, Misc. CARUSO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Michael A. Querques* and *Daniel E. Isles* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 135, Misc. FINLEY *v.* OLIVER, WARDEN, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 137, Misc. WITT *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 138, Misc. HATCH *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 139, Misc. URBANO *v.* FEDERAL BUREAU OF INVESTIGATION ET AL. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for respondents.

No. 141, Misc. SCOTT ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *George G. McCoy* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Donald I. Bierman* for the United States.

No. 142, Misc. HAYS *v.* CALIFORNIA ADULT AUTHORITY. C. A. 9th Cir. Certiorari denied.